[No. 12672-2-III.   Division Three.   February 3, 1994.]

TIMOTHY GRAVES, *Respondent*, v. VAAGEN BROS. LUMBER, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 88-2-00054-2, Fred L. Stewart, J., entered July 30, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12898-9-III.   Division Three.   February 3, 1994.]

DON BLAIR, ET AL, *Respondents*, v. LARRY VIVIANO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-2-00667-6, Albert J. Yencopal, J., entered November 16, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 15505-2-II.   Division Two.   February 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES L. PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 145157R050, Rosanne Buckner, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Seinfield, J., concurred in by Morgan, C.J., and Alexander, J.